UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ASPEN AMERICAN INSURANCE COMPANY,

                              Plaintiff,

             -against-

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

                             Defendants.

----------------------------------------------------------------X

**23-CV-6996 (VSB)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2025

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The settlement conference in this matter scheduled for **Wednesday, July 2, 2025 at 10:00 a.m.**, is hereby moved to **Zoom**. The parties will receive a link to the Zoom meeting today, June 30, 2025, via e-mail.

       **SO ORDERED.**

DATED:     New York, New York
                 June 30, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge